JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CONTRERAS, an individual; ARCELIA GUTIERREZ | ) Case No.: CV 15-4216-DMG (ASx) ) ) |
| Plaintiff, | ) **ORDER RE PLAINTIFFS' VOLUNTARY** ) **DISMISSAL OF ACTION WITHOUT** ) **PREJUDICE [17]** ) |
| vs. | ) ) |
| US BANK, N.A. as Sucessor Trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE2; JP MORGAN CHASE, N.A.; EMC MORTGAGE COPORATION; DOES 1 THROUGH 100, INCLUSIVE | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

- 1 -
**ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

In consideration of Plaintiffs Miguel Contreras and Arcelia Gutierrez's Voluntary Dismissal of the Action, without prejudice, the Court hereby dismisses the action without prejudice as requested pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED**.

DATED: August 24, 2015

_____
DOLLY M. GEE
UNITED STATES DITRICT JUDGE

**ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**